```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>              Plaintiff,      )<br>                              )<br> v.                           )<br>                              )<br>                              )<br> LINDSAY KING, a/k/a Lindsay  )<br> Kyle,                        )<br>                              )<br>              Defendant.      ) | No. CR-05-202-FVS-3<br><br>ORDER GRANTING MOTION AND<br>MODIFYING CONDITIONS OF<br>RELEASE |

At the March 24, 2006, hearing to review Defendant's pretrial release conditions and to address Defendant's oral motion for modification (Ct. Rec. 119), Assistant United States Attorney Earl A. Hicks appeared for the United States. Defendant was present with counsel Gina Costello. Also present were Defendant's father and step-mother. Both sides argued.

The Defendant's oral Motion to modify **(Ct. Rec. 119)** is **GRANTED.** Defendant's release conditions are **MODIFIED** as follows:

1. Defendant shall reside with her father and step-mother and shall be under home detention, except for court-related appearances.

2. Any firearms located in the residence shall be removed by April 1, 2006.

3. If Defendant needs to leave the residence, she shall be accompanied by a parent at all times.

4. Defendant shall not give out information as to her residence address and phone number, without her parents' permission.

5. Defendant shall participate in intensive outpatient

ORDER GRANTING MOTION AND MODIFYING CONDITIONS OF RELEASE - 1

treatment, which shall include mental health counseling.

6. Defendant shall not have access to a vehicle or a telephone (other than to speak with her attorney or for court-related matters).

7. Defendant shall not be employed until her outpatient treatment is completed, and then only if approved by her treatment counselor.

8. Defendant shall contact her attorney at least twice a week.

9. All other conditions in this court's Order filed November 9, 2005, if they do not conflict with the above modifications, shall remain in effect.

**IT IS SO ORDERED.**

DATED March 24, 2006.

<pre>                    S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE</pre>