UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LINDSAY KYLE,

        Defendant.

No. CR-05-0202-FVS-3

ORDER DENYING MOTION TO ALLOW ELECTRONIC MONITORING

**THIS MATTER** came before the Court for a telephonic hearing on the Defendant's Motion to Alter Judgment to Allow Electronic Monitoring, Ct. Rec. 223.  The Defendant was represented by Gina M. Costello.  The United States was represented by Assistant United States Attorney Earl A. Hicks.

    The Court is persuaded that the Amended Judgement and sentence are appropriate.  The sanctions imposed by the Amended Judgement are reasonable in comparison to the sentences imposed upon defendants with similar records who have been found guilty of similar conduct.  The Court is not persuaded that the Amended Judgment will result in an automatic termination of the Defendant's parental rights.  Nor is the Court convinced that the requested modification of the Defendant's Supervised Release would result in a just and reasonable sentence.

    Accordingly, the Defendant's Motion to Alter Judgment to Allow Electronic Monitoring, **Ct. Rec. 223**, is **DENIED**.  The Amended Judgment

ORDER DENYING MOTION TO ALLOW ELECTRONIC MONITORING- 1

1  of September 25, 2006, Ct. Rec. 213, will stand as entered.
2     **IT IS SO ORDERED.**  The District Court Executive is hereby
3  directed to enter this order and furnish copies to counsel.
4     **DATED** this ___27___ day of November, 2006.

               s/ Fred Van Sickle
                  Fred Van Sickle
               United States District Judge

ORDER DENYING MOTION TO ALLOW ELECTRONIC MONITORING- 2